**Denise BROWN, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

**No. 06–3037.**

United States Court of Appeals,
Federal Circuit.

Oct. 10, 2006.

Before MAYER, Circuit Judge, CLEVENGER, Senior Circuit Judge, and BRYSON, Circuit Judge.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

**GENERAL DYNAMICS DECISION SYSTEMS, INC., Appellant,**

v.

**Francis J. HARVEY, Secretary of the Army, Appellee.**

**No. 06–1191.**

United States Court of Appeals,
Federal Circuit.

Oct. 10, 2006.

Before MAYER, Circuit Judge, CLEVENGER, Senior Circuit Judge, and BRYSON, Circuit Judge.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.